**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LYNN HAYDEN,
an individual,

      Plaintiff,                                      Case 8:17-cv-02329-EAK-TBM

vs.

PAYPAL, INC.,
d/b/a PAYPAL CREDIT,
a foreign for-profit corporation, and
COMENITY CAPITAL BANK,
a foreign for-profit corporation,

      Defendants.
_____/

**AMENDED CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's rules, Defendants Bill Me Later, Inc., erroneously named as PayPal, Inc. d/b/a PayPal Credit, and Comenity Capital Bank ("Defendants") hereby submit the following Certificate of Interested Parties and Corporate Disclosure Statement:

    1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a. Lynn Hayden, Plaintiff

        b. Leavengood, Dauval, Boyle & Meyer, PA d/b/a LeavenLaw, Plaintiff's law firm

        c. Ian R. Leavengood, Esq., Plaintiff's counsel

      d. Aaron M. Swift, Esq., Plaintiff's counsel

      e. Gregory H. Lercher, Esq., Plaintiff's counsel

      f. Sara W. Severini, Esq., Plaintiff's counsel

      g. Bill Me Later, Inc., Defendant (erroneously named as PayPal, Inc. d/b/a PayPal Credit)

      h. PayPal, Inc., erroneously named Defendant, parent of Bill Me Later, Inc.

      i. Comenity Capital Bank, Defendant

      j. Holland & Knight LLP – Defendants' law firm

      k. Judith M. Mercier, Esq., Defendants' counsel

      l. PayPal Holdings, Inc., parent company of PayPal, Inc.

      m. Alliance Data Systems Corporation, parent company of Comenity Capital Bank

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 22, 2017.                    Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Judith M. Mercier
Judith M. Mercier (FBN 32727)
judy.mercier@hklaw.com
200 S. Orange Ave., Suite 2600
Orlando, FL 32801
(407) 244-5151

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2017, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Judith M. Mercier
Judith M. Mercier