## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LYNN HAYDEN,
an individual,

        Plaintiff,

v.

PAYPAL, INC.,
d/b/a PAYPAL CREDIT,
a foreign for-profit corporation, and
COMENITY CAPITAL BANK,
a foreign for-profit corporation,

        Defendants.
_____/

Case No.:  8:17-cv-02329-EAK-CPT

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, LYNN HAYDEN, and Defendants, PAYPAL, INC. and COMENITY CAPITAL BANK, by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action, with prejudice. By agreement, each side shall bear its own costs and attorneys' fees pursuant to the terms of a confidential settlement.

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **HOLLAND & KNIGHT LLP** |
| /s/ *Gregory H. Lercher* | /s/ *Judith M. Mercier* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Judith M. Mercier, Esq., FBN 032727** |
| **Gregory H. Lercher, Esq., FBN 106991** | 200 South Orange Avenue, Suite 2600 |
| **Sean E. McEleney, Esq., FBN 125561** | Orlando, FL 32801 |
| Northeast Professional Center | Phone: (407) 244-5151 |
| 3900 First Street North, Suite 100 | Fax: (407) 244-5288 |
| St. Petersburg, FL 33703 | judy.mercier@hklaw.com |
| Phone: (727) 327-3328 | *Attorneys for PayPal, Inc.* |
| Fax: (727) 327-3305 | *and Comenity Capital Bank* |
| consumerservice@leavenlaw.com | |

glercher@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2018, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Judith M. Mercier, Esq.
Holland & Knight LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
judy.mercier@hklaw.com
*Attorneys for PayPal, Inc., and Comenity Capital Bank*

/s/ *Gregory H. Lercher*
Attorney